UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE PANDOLFI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARILYN MORENO, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-03928-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re:  Docket No. 22)** |

Based on the parties' joint case management statement[1] and today's case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is July 1, 2016.

IT IS FURTHER ORDERED that the parties shall participate in a settlement conference with United States Magistrate Judge Nathanael Cousins.  The parties shall set a time for the settlement conference based on the scheduling constraints of Judge Cousins and the progress of discovery.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

　　Fact Discovery Cut-Off ................................................................................... October 6, 2016

---

[1] *See* Docket No. 22.

Case No. 15-cv-03928-PSG
CASE SCHEDULING ORDER

1

| | |
|---|---:|
| First Disclosure of Experts and Reports | November 10, 2016 |
| Second Disclosure of Experts and Reports | December 15, 2016 |
| Expert Discovery Cut-Off | January 12, 2017 |
| Dispositive Motions Filing Deadline | January 19, 2017 |
| Dispositive Motions Hearing | February 28, 2017 at 10:00 AM |
| Pre-Trial Conference | April 18, 2017 at 10:00 AM |
| Jury Trial | May 8, 2017 at 9:30 AM |

**SO ORDERED.**

Dated: February 9, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No. 15-cv-03928-PSG
CASE SCHEDULING ORDER

2