UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**DIANE PANDOLFI,**

    Plaintiff,

  v.

**MARILYN MORENO,** *et al.***,**

    Defendants.

Case No. 15-cv-03928 YGR

**SCHEDULING ORDER ON REASSIGNMENT**

Re: Dkt. No. 25

On June 6, 2016, this case was reassigned to the undersigned District Court Judge. (Dkt. No. 30.) All deadlines previously set by Magistrate Judge Grewal (*see* Dkt. No. 25) shall remain in effect except as specifically modified below:

| | |
|---|---|
| Dispositive Motions Hearing | February 28, 2017 at 2:00 p.m. |
| Pre-trial Conference | April 21, 2017 at 9:30 a.m. |
| Jury Trial | May 8, 2017 at 8:00 a.m. |

All further proceedings in this case shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

**IT IS SO ORDERED.**

Dated: June 7, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**