UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**DIANE PANDOLFI,**

Plaintiff,

vs.

**MARILYN MORENO AND MORENO FAMILY LAW FIRM,**

Defendants.

Case No.: 15-cv-3928 YGR

**ORDER DENYING REQUEST TO MODIFY SCHEDULING ORDER**

Re: Dkt. No. 32

The Court is in receipt of the parties' Stipulation for Order Modifying Pretrial Scheduling Order filed September 29, 2016.  (Dkt. No. 32.)  The Court will not grant the requested extension of dates and deadlines as the Court's calendar will not permit a four-month extension.  The parties' stipulation is **DENIED**.

However, if the parties wish to consent for all purposes to a magistrate judge who may be able to accommodate the requested trial date, they should meet and confer to discuss whether their clients will consent and to whom.  The Court will accept stipulated requests for referral to a specific magistrate judge or magistrate judges.  Profiles of all magistrate judges are available on the Court's website at http://cand.uscourts.gov/judges and in the brochure, Consenting to a Magistrate Judge's Jurisdiction In the Northern District of California (.pdf), also available on the Court's website.

This Order terminates Docket Number 32.

**IT IS SO ORDERED.**

Dated: September 30, 2016

*[signature]*
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**